**IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.**

The party obtaining this order is responsible for
noticing it pursuant to Local Rule 9022-1.

**Dated: April 28, 2010**



_Randolph J. Haines_
_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**

**SUITE 300**

**PHOENIX, ARIZONA 85016**

**TELEPHONE: (602) 255-6000**

**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-06447

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-05224-RJH |
| Robert S. Albillar and Graciela R. Albillar | Chapter 7 |
| Debtors. | ORDER |
| US Bank Natl. Assoc., as Trustee for Structured Asset Investment Loan Trust, 2005-8 | (Related to Docket #26) |
| Movant, | |
| vs. | |
| Robert S. Albillar and Graciela R. Albillar, Debtors, Constantino Flores, Trustee. | |
| Respondents. | |

    Movant's Amended Motion for Relief from the Automatic Stay and Amended Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 11, 2005 and recorded in the office of the Pinal County Recorder wherein US Bank Natl. Assoc., as Trustee for Structured Asset Investment Loan Trust, 2005-8 is the current beneficiary and Robert S. Albillar and Graciela R. Albillar have an interest in, further described as:

A PARCEL OF LAND LOCATED IN AND BEING A PORTION OF GOVERNMENT LOTS 3, 4, 5
AND 6 OF SECTION 5, TOWNSHIP 6 SOUTH, RANGE 8 EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, PINAL COUNTY, ARIZONA, HAVING A BOUNDARY MORE
PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT A 1/2 REBAR SET IN CONCRETE MARKING THE NORTH QUARTER
CORNER OF SECTION 5 FROM WHICH A DETERIORATED ALUMINUM CAP SET IN CONCRETE MARKING THE NORTHWEST CORNER OF SECTION 5 BEARS SOUTH 89 DEGREES 21 MINUTES 56 SECONDS WEST, A DISTANCE OF 2679.69 FEET;

THENCE SOUTH 89 DEGREES 21 MINUTES 56 SECONDS WEST ALONG THE SECTION LINE, A DISTANCE OF 2132.46 FEET TO THE POINT OF BEGINNING;

THENCE SOUTH 0 DEGREES 39 MINUTES 39 SECONDS WEST, A DISTANCE OF 618.09 FEET TO A POINT;

THENCE SOUTH 89 DEGREES 03 MINUTES 21 SECONDS WEST, A DISTANCE OF 541.65
FEET TO A POINT;

THENCE NORTH 0 DEGREES 08 MINUTES 23 SECONDS EAST ALONG THE WEST BOUNDARY OF SECTION 5, A DISTANCE OF 620.92 FEET TO THE NORTHWEST CORNER
OF SECTION 5;

THENCE NORTH 89 DEGREES 21 MINUTES 56 SECONDS EAST ALONG THE NORTH BOUNDARY OF SECTION 5, A DISTANCE OF 547.23 FEET TO THE POINT OF BEGINNING.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.